# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 3, 2017

## NO. 03-17-00073-CR

**Tony R. Davis, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.